IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIRLEY JENKINS, AS TAX
COLLECTOR FOR GULF
COUNTY, FLORIDA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

CASE NO. 1D14-3244

v.

TAUNTON TRUSS, INC. ET
AL.,

 Appellee.

_____/

Opinion filed January 21, 2015.

An appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

Timothy R. Qualls and John David Holt of Young vanAssenderp, P.A., Tallahassee,
for Appellant.

Kevin W. Cox and James M. Ervin, Jr. of Holland & Knight LLP, Tallahassee, for
Appellee.


PER CURIAM.

 AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.